. BIRDIE H. SURUT, Respondent, v. HENRY SURUT, Appellant.— Order modified by reducing alimony to the sum of $200 a month, and as so modified

affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.